**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6114

BRIAN KEITH NESBITT,

Plaintiff - Appellant,

v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; TYGER RIVER CORRECTIONAL INSTITUTION; TIM RILEY, Warden Tyger River Correctional; WILLIAM R. BYARS, JR., Director of South Carolina Department of Corrections; RICHARD TURNER; JOHN E. OZMINT; GARY LANE; LAURA CALDWELL; S. EDMISTEN; SERGEANT MCMORRIS; FSD FOWLER; DAVID TATARSKY,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.    Richard M. Gergel, District Judge.  (0:13-cv-02456-RMG)

Submitted:  April 17, 2014          Decided:  April 22, 2014

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brian Keith Nesbitt, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian Keith Nesbitt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nesbitt v. S.C. Dep't of Corr., No. 0:13-cv-02456-RMG (D.S.C. Jan. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED